# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE KENT AND JANE WHIPPLE TRUST, DATED MARCH 17, 1969, JANE WHIPPLE, CO-TRUSTEE (ERRONEOUSLY NAMED AS TRUSTEE), AND AMENDMENTS THERETO, JANE WHIPPLE.

JANE WHIPPLE, CO-TRUSTEE OF THE KENT AND JANE WHIPPLE TRUST, DATED MARCH 17, 1969, AS AMENDED; AND JANE WHIPPLE,
                                    Appellants,
                        vs.
WARNER WHIPPLE CO-TRUSTEE OF THE KENT AND JANE WHIPPLE TRUST, DATED MARCH 17, 1969, AS AMENDED,
                                    Respondent.

No. 81972

FILED

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion for summary judgment. Seventh Judicial District Court, Lincoln County; Steve L. Dobrescu, Judge.

Because a district court's order denying summary judgment is an interlocutory decision and is not independently appealable, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. *GES, Inc. v. Corbitt*, 117 Nev. 265, 268, 21 P.3d 11, 13 (2001). Appellant has responded and argues that the order is appealable as an order denying an injunction pursuant to NRAP 3A(b)(3) because it denies relief similar to denying injunctive relief. The district court denied

22- 12132

the motion for summary judgment on the ground that it lacked jurisdiction to proceed while an arbitration is pending. This is not the equivalent of denying an injunction. Moreover, to the extent the order could be read to compel arbitration, an order compelling arbitration is not an appealable order. *Kindred v. Dist. Ct.*, 116 Nev. 405, 996 P.2d 903 (2000).

This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Steve L. Dobrescu, District Judge
Carolyn Worrell, Settlement Judge
Justice Law Center
Bingham Snow & Caldwell
J. Douglas Clark, Attorney at Law, Ltd.
Lincoln County Clerk